

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00037-CR

Alberto Alba Villarreal
v.
The State of Texas

On appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2013-DCR-3189-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part (Count II) and reversed and rendered in part (Count I). The Court orders the judgment of the trial court AFFIRMED IN PART (COUNT II) and REVERSED AND RENDERED IN PART (COUNT I).

We further order this decision certified below for observance.

October 20, 2016